UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
LORETTA WILLIAMS,                     :

      Plaintiff,                      :

-against-                             :
                                                        Case No. 07 CV 8067
JOHNSON & JOHNSON, JOHNSON &
JOHNSON PHARMACEUTICAL             :  ECF Case
RESEARCH & DEVELOPMENT, L.L.C.,
f/k/a R.W. JOHNSON PHARMACEUTICAL   :
RESEARCH INSTITUTE, and ORTHO-
McNEIL PHARMACEUTICAL, INC.,        :

      Defendants.                    :

                                                                 :
------------------------------------- X

## DEFENDANT JOHNSON & JOHNSON'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson ("J&J") hereby discloses that it is a publicly held corporation with no publicly held corporation owning ten percent (10%) or more of Johnson & Johnson's stock. Johnson & Johnson further discloses that it does not have a parent corporation.

12446382.1.LITIGATION

Dated: New York, New York
      November 12, 2007

**DECHERT LLP**

/s/ Patrick G. Broderick
Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant J&J

12446382.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on November 12, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson's Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered and by first class mail upon:

>Jerrold S. Parker
>Andres F. Alonso
>Melanie H. Muhlstock
>111 Great Neck Road, 1st Floor
>Great Neck, NY 11021-5402

Dated: New York, NY
       November 12, 2007

                                            /s/ Patrick G. Broderick
                                            Patrick G. Broderick (PB 9556)