UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
LORETTA WILLIAMS,                     :

        Plaintiff,            :

-against-                             :
                                                      : Case No. 07 CV 8067
JOHNSON & JOHNSON, JOHNSON &          :
JOHNSON PHARMACEUTICAL                : ECF Case
RESEARCH & DEVELOPMENT, L.L.C.,       :
f/k/a R.W. JOHNSON PHARMACEUTICAL     :
RESEARCH INSTITUTE, and ORTHO-        :
McNEIL PHARMACEUTICAL, INC.,          :

        Defendants.           :

------------------------------------- X

**DEFENDANT JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH &
DEVELOPMENT, L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. hereby discloses that it is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

12446349.1.LITIGATION

Dated: New York, New York
       November 12, 2007

        **DECHERT LLP**

        /s/ Patrick G. Broderick
        Robert W. Sparks (RS 4250)
        Debra. D. O'Gorman (DO 1643)
        Patrick G. Broderick (PB 9556)
        30 Rockefeller Plaza
        New York, NY 10012
        (212) 698-3500

        Attorneys for Defendant
        Johnson & Johnson Pharmaceutical
        Research & Development, L.L.C.

12446349.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on November 12, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s Rule 7.1 Disclosure Statement to be served via electronic case filing upon all parties so registered and by first class mail upon:

>Jerrold S. Parker
>Andres F. Alonso
>Melanie H. Muhlstock
>111 Great Neck Road, 1st Floor
>Great Neck, NY 11021-5402

Dated: New York, NY
       November 12, 2007

                                             /s/ Patrick G. Broderick
                                             Patrick G. Broderick (PB 9556)