```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
LORETTA WILLIAMS,                     :

                Plaintiff,            :

-against-                             :
                                        Case No. 07 CV 8067
JOHNSON & JOHNSON, JOHNSON &          :
JOHNSON PHARMACEUTICAL                  ECF Case
RESEARCH & DEVELOPMENT, L.L.C.,       :
f/k/a R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-        :
McNEIL PHARMACEUTICAL, INC.,

                Defendants.           :

                                      :
------------------------------------- X
```

### DEFENDANT ORTHO-McNEIL PHARMACEUTICAL, INC.'S
### <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Ortho-McNeil Pharmaceutical, Inc. hereby discloses that it is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

Dated: New York, New York
      November 12, 2007

**DECHERT LLP**

/s/ Patrick G. Broderick
Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant
Ortho-McNeil Pharmaceutical, Inc.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on November 12, 2007, I caused a true and correct copy of the foregoing Defendant Ortho-McNeil Pharmaceutical, Inc.'s Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered and upon:

> Jerrold S. Parker
> Andres F. Alonso
> Melanie H. Muhlstock
> 111 Great Neck Road, 1st Floor
> Great Neck, NY 11021-5402

Dated: New York, NY
         November 12, 2007

/s/ Patrick G. Broderick
Patrick G. Broderick (9556)

12446362.1.LITIGATION