| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: | **MARIAN ZWIERZYNSKI** | |
| TITLE: | **PROCESS SERVER** | DATE: **10/23/2007  09:46AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ORTHO-MCNEIL PHARMACEUTICAL INC.

Place where served:

ONE JOHNSON & JOHNSON PLAZA   NEW BRUNSWICK NJ 089##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DARLINE RACKAWAY

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F___ AGE: 36-50___ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS.___ SKIN: WHITE___ HAIR: BLACK___ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10 / 23 / 20 07

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

10/23/07
J Sulle
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2___

ATTORNEY:     MELANIE H. MUHLSTOCK, ESQ.
PLAINTIFF:    LORETTA WILLIAMS
DEFENDANT:    JOHNSON & JOHNSON, ET AL
VENUE:        DIST. OF NY
DOCKET:       07CIV8067

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.